DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMUEL N. AZUZ,**
Appellant,

v.

**RAMBLEWOOD EAST CONDOMINIUM ASSOCIATION, INC.**, et al.,
Appellees.

No. 4D21-1341

[June 9, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE 19-006877(12).

Samuel N. Azuz, Plantation, pro se.

Geralyn M. Passaro and Lynne Wilkerson of Litchfield Cavo LLP, Fort Lauderdale, and Marc A. Silverman of Frank, Weinberg & Black, P.L., Plantation, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***